**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_

UNITED STATES OF AMERICA

v.

MICHAEL A.S. PEREZ

}

CRIMINAL CASE NO. 00-00147-001

**FILED**

DISTRICT COURT OF GUAM

JUN 21 2006

MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 8, 2005**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:     Karon V. Johnson, AUSA
        Peter C. Perez, Defense Counsel
        File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 2/st day of June 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**RECEIVED**

JUN 16 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM